# Court of Appeals
# of the State of Georgia

ATLANTA, July 12, 2012

*The Court of Appeals hereby passes the following order*

**A12D0436. CHERESE R. HENDERSON v. MARK BUTLER, COMMISSIONER OF THE GEORGIA DEPARTMENT OF LABOR et al .**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

11CV736510



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, July 12, 2012.

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

*, Clerk.*